# IN THE UNTIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MaryAnn Mitchell<br>    Plaintiff | * | |
| Vs. | * | Case No. 5:18-cv-01245-SHK |
| ANDREW M. SAUL, | * | HON. SHASHI H. KEWALRAMANI |
| Commissioner of Social Security,<br>    Defendant | * | |

### ~~Proposed~~ Stipulated Order Awarding Attorney's Fees Pursuant to Equal Access to Justice Act and Denying the Previously Submitted Motion For Award of Attorney Fees as Moot

On February 24, 2020, the Court for the Central District of California issued a decision and order that the Commissioner's decision be reversed and remanded for further proceedings. As the prevailing party, Plaintiff, by Attorney Matthew Imhoff, submitted a Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) in the amount of $5,371.56 on or about April 8, 2020.

On or about April 13, 2020, the Court issued an Order to Show Cause Why Motion for Attorney Fees Should Not Be Denied granting until April 27, 2020 to submit certification that Plaintiff met and conferred with Defendant or to Submit a Stipulated EAJA Fee Petition and a Proposed Order stating that the Original Motion is denied as moot.

Thereafter, Plaintiff, by Attorney Matthew Imhoff, and Defendant, by Attorney Timothy Bolin, had an opportunity to meet and discuss appropriate attorney's fees. The Parties were able to reach an agreed upon amount and state, as the prevailing Party, EAJA fees should be awarded to Attorney Imhoff in the amount of $4,600.00 for work performed on the behalf of Plaintiff, Mary Ann Mitchell.

Fees shall be made payable to Plaintiff, but, if the Department of the Treasury determines that she does not owe a federal debt, then the government shall cause the payment to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. The Joint Stipulation of the Parties is ACCEPTED and an award of $4,600.00 is GRANTED; and
2. Attorney's Fees shall be made payable to Plaintiff.
3. The previously submitted Motion for Award of Attorney's Fees in the amount of $5,371.56, submitted by Plaintiff on or about April 8, 2020, Electronic Case Filing Number 40, is denied as moot.

**IT IS SO ORDERED:**

DATED:  4/27/20      _____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge